# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**825**

**KA 14-01781**

PRESENT: CENTRA, J.P., CARNI, LINDLEY, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                    MEMORANDUM AND ORDER

PETER GIACONA, DEFENDANT-APPELLANT.
(APPEAL NO. 5.)

---

J. SCOTT PORTER, SENECA FALLS, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (BRIAN LEEDS OF COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Cayuga County Court (Mark H. Fandrich, A.J.), dated September 8, 2014. The order directed defendant to pay restitution of $35,424.94 to the Office of the New York State Attorney General, on behalf of SUNY Upstate Medical University Hospital.

It is hereby ORDERED that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Giacona* ([appeal No. 1] ___ AD3d ___ [July 10, 2015]).

Entered:  July 10, 2015                      Frances E. Cafarell
                                             Clerk of the Court